CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 24 2015

JULIA C. DUDLEY, CLERK
BY: /s/ H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BYRON VASQUEZ-PEREZ,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:15-cv-00245 |
| v. | ) <br> ) | **ORDER** |
| MR. HUFF, <u>et al.</u>,<br>    Defendants. | ) <br> ) <br> ) | By: Hon. Jackson L. Kiser<br>     Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that all claims except about being held in long-term segregation as a result of not speaking English are **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and all defendants except Lt. Day and Counselor Stewart are **TERMINATED** from the action.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 24th day of July, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge