CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 1 2 2016

JULIA C. DUDLEY, CLERK
BY: /s/ HMcOnee
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BYRON VASQUEZ-PEREZ,<br>Plaintiff, | ) ) ) | Civil Action No. 7:15-cv-00245 |
| v. | ) ) | **ORDER** |
| MR. HUFF, et al.,<br>Defendants. | ) ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** due to Plaintiff's failure to prosecute,

pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED** without prejudice as moot;

and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to the parties.

**ENTER**: This 12th day of January, 2016.

Senior United States District Judge